UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY D. DAVIS,

    Plaintiff,

v.                                          Case No:  6:17-cv-262-Orl-37GJK

CITY OF SANFORD POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

**ORDER**

This cause is before the Court on Plaintiff's amended civil rights complaint filed pursuant to 42 U.S.C. § 1983 (Doc. 5). On March 28, 2017, the Court directed Plaintiff to file a second amended civil rights complaint (Doc. 6). Further, the Court notified Plaintiff that the failure to comply would result in the dismissal of this action without further notice. *Id*. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of Court is directed to enter judgment and close this case.

**DONE AND ORDERED** in Orlando, Florida, this 25th day of April, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:
OrlP-3 4/25
Gary D. Davis